FILED
APR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OMAR DEMETRIOUS PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0454 |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DISMISSAL ORDER

For the reasons sated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that plaintiff's motion for a preliminary injunction is DENIED as moot, and it is

FURTHER ORDERED that all claims against defendant James C. Turk are DISMISSED and he is DISMISSED as a party defendant, and it is

FURTHER ORDERED that the complaint is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Royce C. Lamberth
United States District Judge

Date: 4/18/08