UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| OMAR DEMETRIOUS PEARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0454 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon review of plaintiff's "Local Rule 59(e) Motion for Reconsideration Informal Writ of Mandamus, which is construed as a motion to alter or amend filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, the Court finds no basis to grant the relief plaintiff seeks.

Accordingly, it is hereby

ORDERED that plaintiff's Motion for Reconsideration [Dkt. #7] is DENIED. It is further

ORDERED that plaintiff's "Motion for Certification of Class Pursuant to F.R.C.P. Informal Rule 21" [Dkt. #8] and "Motion for Modification of Preliminary Injunctive Relief Application" [Dkt. #9] are DENIED as moot.

SO ORDERED.

Date: 6/20/2008

United States District Judge